UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEMETRI ALEXANDER, | ) | 3:14-CV-0634-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 27, 2015 |
| CORRECTIONAL OFFICER ATWOOD, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to extend prison copywork limit (#24) is **GRANTED in part**. In his motion, plaintiff states that he has exceeded his photocopy limit and requests that the court allow him to exceed the limit in order to prosecute this case. The court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $10.00 for this case only. The additional $10.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available. Plaintiff has indicated that he needs unlimited copywork in order to prosecute his case. The court cautions plaintiff that he should carefully consider the documents he intends to copy as the court will not allow plaintiff to exceed the copy limit by more than $10.00 under any circumstance.

Plaintiff is also advised that the District of Nevada has instituted an electronic filing program at plaintiff's current place of incarceration, Northern Nevada Correctional Center ("NNCC"). Plaintiff's need for copies will now be substantially reduced or eliminated with the new electronic filing program because plaintiff will be retaining his original documents submitted for filing, and a copy will be electronically submitted to opposing counsel and the court. *See* Nevada Department of Corrections AR 723.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:    /s/   
Deputy Clerk