# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEMETRI ALEXANDER, | ) | 3:14-CV-0634-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 28, 2015 |
| | ) | |
| CORRECTIONAL OFFICER ATWOOD, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is a document entitled F.R.C.P. Rule 60(B) demand filed by plaintiff (#29). Defendant filed a response (#34). No reply was filed.

Plaintiff's demand does not include any points and authorities or discussion as to the relief plaintiff is seeking. Therefore, plaintiff's demand is **DENIED** (#34).

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                            By:           /s/
                                        Deputy Clerk