ADAM PAUL LAXALT
Nevada Attorney General
BENJAMIN R. JOHNSON
Deputy Attorney General
Nevada Bar No. 10632
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1254
E-mail:  bjohnson@ag.nv.gov

*Attorneys for Defendant Verne Atwood*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEMETRI ALEXANDER,<br><br>           Plaintiff,<br><br>vs.<br><br>CORRECTIONAL OFFICER ATWOOD, et al.,<br><br>           Defendants. | Case No.  3:14-cv-00634-RCJ-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Demetri Alexander, pro se, and Defendant, Verne Atwood, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs. The parties also request that this Court waive the remaining balance of Plaintiff's filing fee.

DATED this __11__ day of December, 2015                DATED this __7__ day of January, 2015

                                                                            ADAM PAUL LAXALT
                                                                            Attorney General

By: _____                By: _____
     DEMETRI ALEXANDER                                BENJAMIN R. JOHNSON
     *Plaintiff in Pro Se*                                       Deputy Attorney General
                                                                  *Attorneys for Defendants*

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Court waives the remaining balance of Plaintiff's filing fee.

Dated this 8th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of January, 2016, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

DEMETRI ALEXANDER #79399
HIGH DESERT STATE PRISON
P.O. BOX 650
INDIAN SPRINGS, NV 89070

_____
An employee of the
Office of the Attorney General